In the Matter of the Judicial Settlement of the Accounts of Horace G. Young, as Sole Testamentary Trustee under the Will of Thomas Cornell, Deceased.

Mary Augusta Coykendall et al., Respondents and Appellants; Nellie L. Carpenter, Individually and as Executrix of Catharine Ann Cornell, Deceased, Appellant and Respondent.

*Matter of Young,* 15 App. Div. 285, affirmed.
(Argued October 25, 1899; decided November 21, 1899.)

Cross-appeals from a judgment and order of the Appellate Division of the Supreme Court in the third judicial department, entered April 1, 1897, modifying and, as modified, affirming a decree of the Surrogate's Court of the county of Ulster, in a proceeding for the judicial settlement of the accounts of a trustee.

*B. N. Cardozo* for Nellie L. Carpenter.

*A. T. Clearwater* for Mary Augusta Coykendall et al.

Judgment and order affirmed, with costs in both appeals payable out of the estate; no opinion.

All concur, except O'BRIEN, J., absent.